IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Agee, James E | Case Number: 06 B 07265 |
|---|---|---|
| | Agee, Tomeka L | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 6/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 14, 2008
Confirmed: September 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,895.00 | |
| Secured: | | 13,081.55 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 813.45 |
| Other Funds: | | 0.00 |
| Totals: | 15,895.00 | 15,895.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 13,287.69 | 13,081.55 |
| 3. | Capital One | Unsecured | 85.60 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 181.50 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 72.28 | 0.00 |
| 6. | Capital One | Unsecured | 77.34 | 0.00 |
| 7. | Internal Revenue Service | Priority | | No Claim Filed |
| 8. | Allied Interstate | Unsecured | | No Claim Filed |
| 9. | Collection System | Unsecured | | No Claim Filed |
| 10. | Asset Acceptance | Unsecured | | No Claim Filed |
| 11. | Ameri Collect | Unsecured | | No Claim Filed |
| 12. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 13. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Chase Manhattan | Unsecured | | No Claim Filed |
| 16. | EMC Mortgage Corporation | Unsecured | | No Claim Filed |
| 17. | Credit Management Service | Unsecured | | No Claim Filed |
| 18. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 19. | First National Bank | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Chase | Unsecured | | No Claim Filed |
| 22. | HSBC | Unsecured | | No Claim Filed |
| 23. | Provident Bank | Unsecured | | No Claim Filed |
| 24. | Mutual Collection/St James | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** | Agee, James E | Case Number: 06 B 07265 |
|---|---|---|
| | Agee, Tomeka L | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 6/21/06 |

| | | | | |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | Nicor Gas | Unsecured | | No Claim Filed |
| 28. | Pdi Management C/O Aabal Heating Svc | Unsecured | | No Claim Filed |
| 29. | RMI | Unsecured | | No Claim Filed |
| 30. | Sandridge Bank | Unsecured | | No Claim Filed |
| 31. | RMI | Unsecured | | No Claim Filed |
| 32. | RMI | Unsecured | | No Claim Filed |
| 33. | State Collection Service | Unsecured | | No Claim Filed |
| 34. | GC Services | Unsecured | | No Claim Filed |
| 35. | Wells Fargo Home Mortgage | Unsecured | | No Claim Filed |
| 36. | Truelogic Financial Corp | Unsecured | | No Claim Filed |
| 37. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |

$ 15,704.41         $ 15,081.55

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 359.04 |
| 5.4% | 454.41 |

$ 813.45

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____